FILED
95 OCT 11 PM 2:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER OWENS, CLAY ALBRIGHT, BOBBY LEWIS, JILL MCCULLARS, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CV 96 P 0440 E ) ) ) ) ) |

### PLAINTIFFS' ALTERNATIVE MOTION FOR CLASS CERTIFICATION IN RESPONSE TO MOTION TO INTERVENE

**COME NOW** the plaintiffs and original intervenors (hereinafter "plaintiffs") and file this Alternative Motion for Class Certification in response to the motion to intervene for limited purposes filed by persons represented by Stewart, Cody & Smith, P.C. (the "Limited Intervenors"). Counsel for Limited Intervenors filed three suits against Monsanto in Calhoun County three weeks after this class action was filed, and over two years after Burr & Forman filed the first suit against Monsanto for PCB contamination of the waterways below the Anniston plant.

In addition to the class definition initially suggested, plaintiffs move as follows:

1. In the alternative, for a Rule 23(b)(2) class defined to include <u>all</u> persons who owned or leased property within two years prior to the filing of the suit (a) within a one-mile radius of the Monsanto chemical plant in Anniston, and (b) along Snow Creek which leads from the Monsanto chemical plant and which has been contaminated by PCBs. This proposed alternative class does not exclude any putative class members within the proposed class area, and includes all claims which any class member might have relating to damage to property.

34

2. In the alternative, for a 23(b)(2) class on behalf of the same persons identified above, but only as to the issues of injunctive relief and punitive damages, and a 23(b)(3) class as to compensatory property damages.

3. In addition, for a 23(b)(2) or (b)(3) class as to (a) property testing, and (b) court-supervised medical monitoring.

4. In the alternative, for such other or different class being defined, by such time period, by such geography, by such persons, and by such issues as the Court in its discretion deems most appropriate.

**WHEREFORE, all premises considered,** plaintiffs move the Court to certify a class action against defendant Monsanto as set forth in the Initial and Reply Submissions in Support of Class Certification or as set out above.

D. Frank Davis
Gerald P. Gillespy
Pamela M. Arenberg
Gary L. Howard

BURR & FORMAN
3100 SouthTrust Tower
420 N. 20th Street
Birmingham, Alabama 35203

Grover Hankins, Esq.
3100 Cleburne Avenue
Houston, Texas 77004

David A. Sullivan, Esq.
2240 9th Avenue North
Birmingham, Alabama 35203

Joe Thomas, Esq.
650 Poydras Street, Suite 1020
New Orleans, LA 70130

W. L. Williams, Jr., Esq.
1825 13th Way, S.W.
Birmingham, Alabama 35211

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of Plaintiffs' Alternative Motion for Class Certification upon the following by hand delivery on this the 11th day of October, 1996:

Warren B. Lightfoot
Adam K. Peck
LIGHFOOT, FRANKLIN, & WHITE
300 Financial Center, 505 N. 20th Street
Birmingham, Alabama 35203

Gary P. Cody
STEWART, CODY & SMITH, P.C.
650 Park Place Tower, 2001 Park Place
Birmingham, AL 35203

_____
OF COUNSEL

3