FILED
97 JUN 17 PM 3: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUN 1 8 1997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

WALTER OWENS,
        Plaintiff(s);

vs.                    No. CV96-P-00440-E

MONSANTO COMPANY,
        Defendant(s).

ORDER

Plaintiffs' Motion for Class Certification and Motion for Class Certification in Response to Motion to Intervene are hereby WITHDRAWN.

Dated: June 16, 1997

                                      Chief Judge Sam C. Pointer, Jr.

Service List:
  Mr. D. Frank Davis
  Mr. Gerald P. Gillespy
  Mr. Gary Howard
  Ms. Pamela M. Arenberg
  Mr. J. L. Chestnut
  Mr. David A. Sullivan
  Mr. Warren B. Lightfoot
  Mr. Adam K. Peck
  Mr. William S. Cox, III
  Mr. Charles L. Rice, Jr.
  Mr. Gary P. Cody
  Mr. Donald W. Stewart
  Mr. Don Barrett