IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WALTER OWENS, et al.,                    )
                                         )
        Plaintiffs,                      )
                                         )
v.                                       )        CASE NO. CV-96-ℓ-0440-ℳ
                                         )
MONSANTO COMPANY,                        )
                                         )
        Defendant.                       )
_____ )

## AMENDED COMPLAINT OF
## PLAINTIFFS/INTERVENORS

1.      The plaintiffs/intervenors are residents or former residents of Calhoun County,

Alabama or the child of a resident or former resident.. Each has been exposed to polychlorinated

biphenyls (hereinafter " PCBs") and/or other hazardous chemicals or products dispersed by or on

behalf of the defendant, Monsanto Company, from its Anniston Chemical Plant or the property

on which that plant is located. Each plaintiff/intervenor claims damages to his or her person

and/or property as a result of the acts of the defendant, Monsanto Company.

2.      The defendant, Monsanto Company, is a corporation organized under the laws of

the State of Delaware with its principal place of business in St. Louis, Missouri. Monsanto

historically has manufactured and sold chemicals and agricultural products and is registered and

authorized to do business in Alabama. Monsanto has owned and operated the chemical plant in

Anniston, Alabama for over 40 years.

3.      Jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. §§ 1332 and 1391. The plaintiffs/intervenors' claims arose in this district and the parties are citizens of different states. The amount in controversy for each plaintiff exceeds $75,000.00, exclusive of interest and costs.

## COUNT I

### TRESPASS

4.      The actions of Monsanto in causing PCBs and other hazardous materials to be dispersed onto the property owned by, occupied by, or used by, plaintiffs constitutes a trespass. Those actions by Monsanto Company were intentional or wanton direct applications of force by Monsanto or under its authority. Plaintiffs have suffered not only physical injury and death as a result of the trespass committed by Monsanto, but have also endured mental suffering as a proximate consequence of the trespass which was committed under circumstances of insult and/or contumely. The trespasses of Monsanto were attended by rudeness, wantonness, reckless and/or an insulting manner and/or were accompanied by circumstances of fraud and malice, oppression, aggravation and/or gross negligence.

## COUNT II

### NUISANCE

5.      The actions of Monsanto in dispersing PCBs and/or other hazardous chemicals or

2

products so as to expose the plaintiffs constitutes a nuisance under applicable Alabama law. The nuisance produced by Monsanto Company caused hurt, inconvenience, and/or damage to the plaintiffs which would affect ordinary reasonable people. The hurt, inconvenience, and/or damage to the plaintiffs was extremely serious and was not fanciful or such as would affect only a person of fastidious taste. The maintenance of said nuisance has caused injury to the person and/or property of the plaintiffs/intervenors.

## COUNT III

## TORT OF OUTRAGE

6.     Monsanto's intentional conduct in causing the exposure of plaintiffs to PCBs and/or other hazardous chemicals or products was outrageous in character and so extreme in degree as to go beyond all possible bounds of decency and is to be regarded as atrocious and utterly intolerable in a civilized community. The plaintiffs have been injured in their persons or property as a result of the outrageous conduct of Monsanto.

## COUNT IV

## NEGLIGENCE

7.     Monsanto Company failed to exercise the care that a reasonably prudent person or company should have used in the manufacture, storage, discharge, emissions, and disposition of PCBs and/or other hazardous chemicals and products from its property in Anniston. As a proximate result thereof, the plaintiffs were injured.

## COUNT V

## INTENTIONAL AND/OR WANTON CONDUCT

8.    Monsanto Company's conscious and/or intentional actions in manufacturing, storing, discharging, emitting and dispersing of PCBs and/or other hazardous chemicals were done with reckless indifference to the consequences to the plaintiffs.  As a result of the wantonness of Monsanto Company, the plaintiffs were injured.  It was gross negligence to disperse said PCBs and/or other hazardous chemicals or products so as to expose the claimants to their harmful effects.

## COUNT VI

## STRICT LIABILITY

9.    The actions of Monsanto in regard to PCBs and other hazardous materials at its facility constituted abnormally dangerous and ultrahazardous activity within the meaning of the *Rylands v. Flectcher* doctrine and the Restatement (Second) of Torts.  Monsanto is strictly liable in tort for any injury that has resulted to plaintiffs as a result of its abnormally dangerous and ultrahazardous activities.

10.    As a direct and proximate result of Monsanto's abnormally dangerous and ultrahazardous activities, each of the plaintiffs has suffered injury for which Monsanto is strictly liable.

## COUNT VII

## TITLE VI OF CIVIL RIGHTS ACT OF 1964

10. The vast majority of the Plaintiffs herein are African-American citizens. Monsanto Company deliberately determined to operate its manufacturing plant in the neighborhood that was populated almost entirely by African-Americans, including Plaintiffs. Monsanto Company deliberately determined that it would disperse PCB's and other hazardous chemicals into the neighborhood in which the Plaintiffs lived knowing that the Plaintiffs and their children would be exposed to these PCB's and other hazardous chemicals.

11. Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, as amended, states in relevant part:

> No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance.

12. Monsanto Company is a recipient of federal funds.

13. The Plaintiffs are members of a protected category of individuals under the provisions of Title VI and have suffered from the discriminatory actions of Monsanto Company.

## COUNT VIII

## TITLE VIII OF FAIR HOUSING ACT OF 1968

14. To the extent individual Plaintiffs owned, rented, leased or lived on property in the area subjected to the dispersion of PCB's and other hazardous chemicals by Monsanto

5

Company, each has suffered economic and other damage in violation of Title VIII of the Fair Housing Act of 1968, 42 U.S.C. § 3601 et seq.

## FEDERAL STATUTE OF LIMITATIONS

11. This action is brought pursuant to state law for personal injury, wrongful death, and property damages which were caused or contributed to by exposure to hazardous substances, pollution or contaminants, released into the environment from a facility within the meaning of 42 U.S.C. § 9658. Therefore, to the extent that the applicable limitations period under state law is earlier than the federally required commencement date, such period shall commence at the federally required commencement date. The federally required commencement date under 42 U.S.C. § 9658(b)(4) is the date a plaintiff knew or reasonably should have known that the personal injury, death or property damages were caused or contributed to by the hazardous substances or pollutants or contaminants.

12. Plaintiffs did not know and reasonably should not have known that their personal injury, death or property damages claims were caused or contributed to by the hazardous substances or pollutants or contaminants until sometime within two years of the date of the commencement of this action (as such two year period may have been tolled by the pendency of class action claims).

WHEREFORE, premises considered, plaintiffs/intervenors seek the following remedies as may be applicable pursuant to each claim from the defendant, Monsanto Company:

6

1. An injunction requiring defendant, Monsanto Company, to discontinue any dispersement or distribution of PCBs or other hazardous chemicals and/or products so that the plaintiffs are exposed to said injurious materials.

2. Money damages, as are appropriate in each individual case, to compensate each plaintiff for his or her personal injury, wrongful death or property damage claims in an amount to be determined under applicable law by a jury. Said damages include the property damage, physical pain, mental anguish and wrongful death claims.

3. Punitive damages as are applicable.

4. Any other damages are remedies as are necessary or appropriate under applicable law.

## PLAINTIFFS DEMAND A TRIAL BY JURY

Submitted by,

Ralph I. Knowles, Jr.
Robert E. Shields
DOFFERMYRE, SHIELDS, CANFIELD,
 KNOWLES & DEVINE
Suite 1600
1355 Peachtree Street
Atlanta, GA 30309
(404) 881-8900

William Thomas Jacks
James Lawrence Wright
David Drew Wright
Laura J. Ruth
MITHOFF & JACKS, LLP
1010 Franklin Plaza
111 Congress Avenue
Austin, TX 78701
(512) 478-4422

Grover G. Hankins
Professor of Law
3100 Cleburne Avenue
Houston, TX 77004
(713) 313-4455

Attorneys for Intervening Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WALTER OWENS, et al., )
 )
Plaintiffs, )
 )
v. )    CASE NO. CV-96-C-0440-W
 )
MONSANTO COMPANY, )
 )
Defendant. )
_____ )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with the

foregoing Amended Complaint of Plaintiffs/Intervenors by depositing a copy of the same in the

United States mail, postage prepaid and properly addressed as follows:

> Warren Lightfoot, Esq.
> LIGHTFOOT, FRANKLIN & WHITE
> 300 Financial Center
> 505 North 20th Street
> Birmingham, AL 35203
>
> D. Frank Davis, Esq.
> Gerald P. Gillespy, Esq.
> BURR & FOREMAN
> 420 North 20th Street
> Birmingham, AL 35203

This the _5ᵗʰ_ day of January, 1998.

_____
RALPH I. KNOWLES, JR.

## ANNISTON CLIENT LIST

OTIS ADAMS, JR.
ANNISTON, AL 36201

AURORA ALLEN
DETROIT, MI 48234

REV. JENNIE S. ADAMS
ANNISTON, AL 36201

DANNY RODGERS ALSTON
ANNISTON, AL 36201

BESSIE ALLEN
HIGHLAND PARK, MI 48203

BEVERLY ALLEN
DETROIT, MI 48234

BRENDA ALLEN
DETRIOT, MI 48234

DANITA ALLEN (HORACE)
APO AF 09009

DAVID ALLEN (DIANA)
DETROIT, MI 48234

DON ALLEN
DETROIT, MI 48234

HORACE ALLEN
DETROIT, MI 48234

HORACE ALLEN, JR.
DETROIT, MI. 48234

HORACE ALLEN, III
DETROIT, MI 48234

JASMINE ALLEN
DETROIT, MI 48234

MICHAEL ALLEN (DIANE)
DETROIT, MI 48234

MICHELLE ALLEN
TALLAHASSEE, FL 32304

NOEL ALLEN (DIANE)
DETROIT, MI 48234

TANGANYIKA ALLEN
HINESVILLE, GA 31313

CASSANDRA ANDERSON
ANNISTON, AL 36201

JERMAINE K. ARMSTRONG
KNOXVILLE, TN 37921

YVONNA ALLEN
TALLAHASSEE, FL 32304

ALFRED BEARD
ANNISTON, AL 36201

KAY BEARD
CHICAGO, IL 880615
313-536-7490

RAYMOND BEARD, SR.(DECEASED)
ANNISTON, AL 36201

RAYMOND BEARD, JR
ANNISTON, AL 36201

SANDRA BEARD
SAN DIEGO, CA 92105

ENOCH BELL
ANNISTON, AL 36201

DARREN BENNETT
ANNISTON, AL 36201

ESTATE OF LINDA BENNETT (ODESSA REESE)
ANNISTON, AL 36201

BARBARA BOLTON
ANNISTON, AL 3620

CLARENCE BOWIE
ANNISTON, AL 36201

1

EULANDO BOWIE
GAINESVILLE, GA 30501

REGINALD W. BOWIE
ANNISTON, AL 36201

ANNIE P. BROWN
ANNISTON, AL 36201

JACQUELINE PARKER BROWN
ANNISTON, AL 36201

DONALD BUSH
ANNISTON, AL 36201

WALTER CAFFEY
ANNISTON, AL 36201

LATONYA P. CALLOWAY
CHATTANOOGA, TN 37406

KESHAUN D. CARR
ANNISTON, AL 36201

TIFFANY NICOLE CARR
ANNISTON, AL 36201

RENFROE CAVER, SR.
ANNISTON, AL 36201

HELEN CLEGY
ANNISTON, AL 36201

BRONDON COLLINS
ANNISTON, AL 36201

DIANA CORBY
DETROIT, MI 48234

ARELLIA CRAIG
GADSDEN, AL 35903

SHALANDRA CRAIG
GADSDEN, AL 35902

MYRITS CROFT
ANNISTON, AL 36201

CLAYTON A. CUNNINGHAM
OAKWOOD VILLAGE, OHIO 44146

TERESA E. BOWIE
ANNISTON, AL 36201

MICHELLE BURTON
ANNISTON, AL 36201

GROVER BROWN
ANNISTON, AL 36201

JONAS BROWN, SR.
ANNISTON, AL 36201

FRANK CARLISE
ANNISTON, AL 36201

JULIA CALLOWAY
CHATTANOOGA, TN 37407

MICHAEL CALLOWAY
CHATTANOOGA, TN 37406

QUINDARRIUS CARR
ANNISTON, AL 36201

BELLA GAIL CAVER
ANNISTON, AL 36201

ANTOINETTE CHILDS
ANNISTON, AL 36201

CLAUDETTE CLENEY
ANNISTON, AL 36201

AMINA CORBIN
DETROIT, MI 48234

FLORA CORIBITT
ANNISTON, AL 36201

BARBARA CRAIG
GADSDEN, AL 5903

RUBY CHADDICK
ANNISTON, AL 36201

BEATRICE CUNNINGHAM
ANNISTON, AL 36201

CYNTHIA CUNNINGHAM
ANNISTON, AL 36201

2

**GARY D. CUNNINGHAM**
**LAKEWOOD, OHIO 44107**

**AUSTIN B. DAVIS**
**LINCOLN, AL 35098**

**BETTY DAVIS**
**ANNISTON, AL 36201**

**CARL DAVIS**
**ANNISTON, AL 36201**

**CHARLES DAVIS**
**LOS ANGELES, CA 90016**

**CURLEY V. DAVIS**
**ANNISTON, AL 36201**

**GWENDOLYN S. DAVIS**
**MEMPHIS, TN 38118**

**JEFFREY E. DAVIS**
**ANNISTON, AL 36201**

**JESSIE L. DAVIS**
**ANNISTON, AL 36201**

**JESSICA D. DAVIS**
**LANHAM, MD 20706**

**RANDOLP DAVIS**
**AUBURN HILL, MI 45328**

**TIFFANY Y. DAVIS (ANGELA)**
**ANNISTON, AL 36201**

**JUDY DENNARD (TYESHIA)**
**ANNISTON, AL 36201**

**KENNETH DENNARD**
**ANNISTON, AL 36201**

**TEKESHIA DENNARD**
**ANNISTON, AL 36201**

**JAMES MYLES DOUGLAS**
**CARO, MI 48723**

**VIVIAN PARKER DOUTHIT**
**WELLINGTON, AL 36279**

**DERRICK D. DREWITT**
**ANNISTON, AL 36207**

**MARION D. DREUITT**
**ANNISTON, AL 36201**

**MARY L. DREUITT**
**ANNISTON, AL 36207**

**SHERRY DREUITT**
**BUTAN, AL 35216**

**ADRIANNA DUKES**
**ANNISTON, AL 36201**

**ANTONIA DUDLEY**
**GAINESVILLE, GA 30504**

**KENDALL GABRIEL DUDLEY**
**GAINESVILLE, GA 30501**

**ARCHIE DUDLEY**
**GAINESVILLE, GA 30501**

**ELLA DUDLEY**
**GAINESVILLE, GA 30501**

**GLADYS DUDLEY**
**GAINESVILLE, GA 30501**

**NIKKI DUDLEY**
**GAINESVILLE, GA 30504**

**WALTER L. DUDLEY**
**GAINESVILLE, GA 30501**

**ALEXANDRIA DUKES**
**ANNISTON, AL 36201**

**CAROLYN A. DUKES**
**ANNISTON, AL 36201**

3

CAURSHMA DUKES
ANNISTON, AL 36201

CHARLES E. DUKES
ANNISTON, AL 36201

CHERIS L. DUKES
ANNISTON, AL 36201

DARRELL A. DUKES
ANNISTON, AL 36201

DEMETRIUS DUKES
ANNISTON, AL 36201

GREGORY DUKES
ANNISTON, AL 36201

HORACE DUKES
ANNISTON, AL 36201

HORACE DUKES, JR.
ANNISTON, AL 36201

LASHONDA DUKES
ANNISTON, AL 36201

LOUISA DUKES
ANNISTON, AL 36201

MAEBELLE DUKES
ANNISTON, AL 36201

OLA MAE DUKES
ANNISTON, AL 36201

ROSIE DUKES
ANNISTON, AL 36201

SHANTE SHERE DUKES
ANNISTON, AL 36201

TANYA DUKES
ANNISTON, AL 36201

TEDDRICK SANTENNO DUKES
ANNISTON, AL 36201

TOMEKIA DUKES
ANNISTON, AL 36201

QUINNOTA M. DUNCAN
ANNISTON, AL 36201

RICHARD E. DUNCAN
ANNISTON, AL 36201

BEATRICE EDWARDS
ANNISTON, AL 36201

CHARLES EDWARDS
ANNISTON, AL 36201

ELIZABETH EDWARDS
ANNISTON, AL 36201

JESSIE EDWARDS
DETROIT, MI 48212

JOHN L. EDWARDS
COLUMBUS, GA 31907

MARILYN Y. EDWARDS
PUYALLUP, WA 98373

RONNIE EDWARDS
ANNISTON, AL 36201

WALTER EDWARDS
ANNISTON, AL 36201

ESTATE OF CLINTON FILTEN
EMILY PEARSON
CHATTANOOGA, TN 37415

FREIDA FRANCIS
UT_ TEXAS 77095

RODERICK FRANKLIN
ANNISTON, AL 36201

HERMAN FRAZIER
ANNISTON, AL 36201

SOLOMON FRAZIER
ANNISTON, AL 36201

4

WALTER J. FRAZIER
EASTABOGA, AL 36260

LONNIE C. GARRETT
CANTON, OHIO 44704

DOLLY GIBBONS
ANNISTON, AL 36202

DENNIS GIBSON
ANNISTON, AL 36207

FREDERICK B. GIBSON
ANNISTON, AL 36201

MARTEZ L. GIBSON
ANNISTON, AL 36201

TAMATHA M. GIBSON
ANNISTON, AL 36201

WENDELL L. GIBSON
ANNISTON, AL 36201

CLINTON BRIAN GILLINS
VIRGINIA BEACH, VIRGINIA

MARY ALICE GREUITT
ANNISTON, AL 36207

CAROLYN GOLDEN
COLUMBUS, GA 31909

WESLIE GOLDEN
COLUMBUS, GA 31909

LORENE GROCE
ANNISTON, AL 36201

ROOSEVELT GROCE
ANNISTON, AL

DOROTHY HAMMOCK
ANNISTON, AL 36201

PEAL HANDY
DETROIT, MI 48234

ANDY HARRIS (DECEASED)
SYLVESTER HARRIS
ANNISTON, AL 36202

CARELLA GIBSON (DECEASED)
WENDELL L. GIBSON
ANNISTON, AL 36201

WESLEY KENDRICK GILLISPIE
GAINESVILLE, GA 30501

FLOSSIE GIBSON
ANNISTON, AL 36201

HAROLD D. GIBSON
ANNISTON, AL 36201

SHARCAROL DENISE GIBSON
ANNISTON, AL 36207

WAYNE L. GIBSON
ANNISTON, AL 36201

ALTHEA O.R. GILLINS
CHATTANOOGA, TN 37406

KARRY WAYNE GILLINS
ANTIOCH, TENNESSEE

DANIEL GROCE
ANNISTON, AL 36201

MELODY GOLDEN
COLUMBUS, GA 31909

PAUL GOLDEN
COLUMBUS, GA 31909

RAYMOND GROCE
ANNISTON, AL 36201

WILLIE A. GROCE
ANNISTON, AL 36207

ESTATE OF JAMES HAMMOCK
1501 WEST 8TH STREET

EUGENE HARRIS (DECEASED)
ANNISTON, AL 36202

5

ROSA HARRIS (DECEASED)
SYLVESTER HARRIS
ANNISTON, AL 36202

COMMODORE HARRISON
CLARKSVILLE, TN 37042

FLORENCE HARRISON
ANNISTON, AL 36201

TOM HARRISON
ANNISTON, AL 36201

CHANDRA HAYNES
ANNISTON, AL 36201

PATRICIA HAYNES
ANNISTON, AL 36201

TORRACE HEARD
ANNISTON, AL 36201

EDWARD LEE HENRY
ANNISTON, AL 36201
ANNISTON, AL 36201

ANNETTE HUGHLEY
ANNISTON, AL 36201

CHRISTOPER HUGHLEY
ANNISTON, AL 36201

NELLIE HUGHLEY
ANNISTON, AL 36201

SANTZ HUGHLEY
ANNISTON, AL

DEBORAH JACKSON
SAGINAW, MI 40601

DENNIS BLAKE JACKSON
ANNISTON, AL 36201

JAMES E. JASHUY
ANNISTON, AL 36201

EDDIE H. JOHNSON
ANNISTON, AL 36201

ESTATE OF SYLVESTER HARRIS
SYLVESTER HARRIS
ANNISTON, AL 36201

ESTATE OF GLENN HARRISON
CLARKSVILLE, TN 37042

MONIQUE A. HASKINS
PUYALLUP, WA 98373

ORA HARRISON
ANNISTON, AL 36201

TARA HAYNES
ANNISTON, AL 36201

DOLL HENRY
ANNISTON, AL 36201

ESTATE OF GUSSIE HIGHTOWER
DENNIS GIBSON
ANNISTON, AL 36201

BARBARA HUGHLEY
ANNISTON, AL 36201

DARRELL HUGHLEY
ANNISTON, AL 36201

SAMUEL HUGHLEY
ANNISTON, AL 36201

VERONICA HUGHLEY
ANNISTON, AL 36201

SHIRLEY MCLAIN JACKSON
DECATUR, GA 30035

ANDRIA JAMISON
CLEVELAND, OHIO 44102

SHERRY JEMISON
ROSEDALE, NEW YORK 11422

JOHN P. JOHNSON
ANNISTON, AL 36201

6

EVELYN JONES
IN CARE OF AQUITA. TEDARELL JAMMERUS THOMAS
ANNISTON, AL 36207

JAC QUANA JONES
HOBSON CITY, AL 36201

JOANN JONES
DETROIT, MI 48212

LASHONDRA JONES
HOBSON CITY, AL 36201

VALERIE JONES
HOBSON CITY, AL 36201

CHRISTOPHER JOSHUA
ANNISTON, AL 36201

FREDONIA JORDAN
NILES, MICHIGAN

CLEMENT D. KNIGHT
GAINESVILLE, GA 30501

GERALD KEITH
ANNISTON, AL 36201

MICHAEL KIRKLAND
FT. COLLINS, COLORADO 80528

JANET KELLER
GAINESVILLE, GA 30501

CAROLYN KELLY
ANNISTON, AL 36201

RALPHETTE KELLY
ANNISTON, AL 36201

TEXANNA LAWSON
ANNISTON, AL 36201

DELLA KOHEN
ANNISTON, AL 36201

GARY KOHEN
ANNISTON, AL 36201

ISSAC KOHEN
ANNISTON, AL 36201

MRS. GWEN LEDWELL
ASHEBORO, N.C. 27203

BALBY D. LEWIS, SR.
COLORADO SPRING, COL. 80927

BILLY LEWIS
COLORADO SPRINGS, CO. 80907

MICHAEL LEWIS
COLORADO SPRINGS, CO 80907

ESTELLA DUKES LINDSEY
ANNISTON, AL 36201

PATRICK LINDSEY
ANNISTON, AL 36201

DEMARD E. LIPSCOMBE
ANNISTON, AL 36201

LILA M. LUMPKIN
OAKWOOD VILLAGE, OHIO 4148

GOLDSTEAN MALLARD
ANNISTON, AL 36201

MARY EDWARDS MASON
ANNISTON, AL 36201

ROBIN RENEE MALLARD
FT. KNOX, KY 40121

TORRE R. MALLARD
FT. KNOX, KY 40121

MELDER MARKS
ANNISTON, AL 36201

NEAL R. MASON
ANNISTON, AL 36201

IONA E. MARSHALL
ANNISTON, ALABAMA 36201

MIYA MARSHALL
ANNISTON, AL 36201

STEPHONE MARSHALL
ANNISTON, AL 36201

CLOTEA MCLAIN MARTIN
DECATUR, GA 30035

ERICA G. MAYWEATHER
CHATTANOOGA, TN 37406

ESTATE OF FRANK H. MEALING
ANNISTON, AL 36201

DANNY WAYNE MCCUNDY
DETROIT, MI 48212

LARRY MCCURDY
DETROIT, MI 48212

DAISY HILL MCLAIN
DECATUR, GA 30035

LEWIS MCLAIN
DECATUR, GA 30035

WILL MCLAIN
DECATUR, GA 30035

QUINCE A. MCRATH
ANNISTON, AL 36201

TIMOTHY MCROTH
ANNISTON, AL 36201

BETTY MIKESELL
LANHAM, MD 20706

ALVINA MILLER
LANSING, MI 48911

CURTIS L. MILLER
ANNISTON, AL 36201

FELIX S. MILLER
ANNISTON, AL 36201

AUBRY LYNN MIMS
ANNISTON, AL 36207

RUTH S. MIMS
ANNISTON, AL 36201

LAKIMBERLY MILLER
LANSING, MI 48911

ELOISE MEALING
ANNISTON, AL 36201

GREGORY MCCURDY
DETROIT, MI 48212

LINDA JEAN MCCURDY
DETROIT, MI 48212

ERNEST LLOYD MCLAIN
DECATUR, GA 30035

NOLAN MCLAIN
DECATUR, GA 30035

WILLIE MCLAIN
DECATUR, GA 30035

QUINCE D. MCRATH
ANNISTON, AL 36201

VANESSA MCROTH
ANNISTON, AL 36207

CATHERINE MILLER
ANNISTON, AL 36201

DOROTHY A. MILLER
ANNISTON, AL 36201

WINFRED R. MILLER
COLUMBUS, GA 31907

KERI AUBRETTA MIMS
ANNISTON, AL 36207

TERRY L. MIMS
ANNISTON, AL 36201

ROSA MONTGOMERY
ANNISTON, AL 36201

WILLIE MONTGOMERY
ANNISTON, AL 36201

BONITA MONTERY
FT. STEWART, GA  31313

EARNESTINE MUNFORD
ANNISTON, AL  36201

ELIZABETH SHAREE MURPHY
ANNISTON, AL 36201

MRS. ANNA MYLES
SAGINARO, MI 48601

DERRICK MURPHY
ANNISTON, AL 36201

SHANTELLA SAFFORD MOORE
ANNISTON, AL 36201

SHARON MYLERS
SAGINAW, MI 48601

JOHN MYLES
COOPERAS COVE, TX

MARY MYLES
SAGINAW, MI 48601

VANESSA MYLES
SAGINAW, MI 48601

WANAFRED MILLER NEWELL
COLUMBUS, GA 31807

DOCK NEWELL
COLUMBUS, GA 30907

BREUN NEWELL
COLUMBUS, GA 31907

MARY FRANCES NILSON
ANNISTON, AL 36201

DEBBIE R. NORRIS
FRANKLIN, TN 37064

DEBORAH NORRIS
FRANKLIN, TN 36064

CHRISTINE NUM
ANNISTON, AL 36201

LAKIESHA S. NUMM
ANNISTON, AL 36201

LATASHA R. NUMM
ANNISTON, AL 36201

CALVIN LA ODEN
ANNISTON, AL 36201

JOYCE THOMAS ODEN
ANNISTON, AL 36201

KENYATTA NICOLE ODEN
JOYCE T. ODEN (MOTHER)
ANNISTON, AL 36201

LEKEUA ODEN
JOYCE T. ODEN (MOTHER)
ANNISTON, AL 36201

CHRISTOPHER C. PALMORE
ANNISTON, AL 36201

CORA L. PALMORE
ANNISTON, AL 36201

DEMPSEY O. PALMORE (DECEASED)
ANNISTON, AL 36201

JAMES C. PALMORE
ANNISTON, AL 36201

DEMPSEY PALMORE, JR
SEATTLE, WA 98122

HERBERT PALMORE
ANNISTON, AL 36201

RACHEL BERNEIL PALMORE
ANNISTON, AL 36201

ROBERT PHILLIPS
ANNISTON, AL 36201

9

JAY PARKER (DECEASED)
JACQUELINE PARKER
ANNISTON, AL 36201

MATTIE PARKER (D)
JACQUELINE PARKER
ANNISTON, AL 36201

VIVIAN YVONNE PERRY
ANNISTON, AL 36207

EMILY PEARSON
CHATTANOOGA, TN 37415

BRIDGET R. POPE
ANNISTON, AL 36201

SHUNDRIKA L. POPE
ANNISTON, AL 36201

TAKEEM R. POPE
ANNISTON, AL 36201

LAFAYETTE DEION RAGLAND
ANNISTON, AL 36201

IRMA J. PALMORE RAINES
ANNISTON, AL 36201

ANTHONY J. REESE
CHATTANOOGA, TN 37403

BEATRICE REESE
ANNISTON, AL 36201

COREY REESE
CHATANOOGA, TN 37406

JESSICA REESE
FREDERICK, MD 21702

LAMAR REESE
FREDERICK, MD 21702

MAIN REESE
ANNISTON, AL 36201

MARIE A. REESE
FREDERICK, MD 21702

ODESSA REESE
ANNISTON, AL 36201

RODNEY E. REESE
CHATTANOOGA, TN

TIM REESE
FREDERICK, MD 21702

DOROTHY RICHARDSON
ANNISTON, AL 36201

SARAH ROBERTS
ANNISTON, 36201

ESSIE P. ROACH
ANNISTON, AL 36201

BRANDON ROBERTS
EASTABOGA, AL

CASSANDRA F. ROBERTS
EASTABOGA, AL 36280

JERRY L. ROBERTS
EASTABOGA, AL 36260

JUEROD ROBERTS
EASTABOGA, AL 36260

AVERY ROGERS
ASHLBORO, N.C. 27203

BERNICE ROGERS
CLARKSVILLE, TN 37042

BRITTANY ROGERS
CLARKSVILLE, TN 37042

ELISA ROGERS
CLARKSVILLE, TN 37042

JESSIE ROGERS
ASHLBORO, N.C. 27203

LORRAINE ROGERS
ASHEBORO, N.C. 27203

MONIKA ROGERS
CLARKSVILLE, TN 37042

PRINESS ROGERS
ASHEBORO, N.C. 27203

TERESA ROGERS
ASHEBORO, N.C. 27203

TORREY T. ROWE
OXFORD, AL 36203

BOBBY ROSS
ANNISTON, AL 36201

ROBERT L. ROSS
ANNISTON, AL 36201

ANGELA RUDOLPH
ANNISTON, AL 36201

ANNIE MAE RUDOLPH
ANNISTON, AL 36201

ELLA MAE RUDOLPH
ANNISTON, AL 36201

GARRY RUDOLPH
ANNISTON, AL 36201

CORLAN ROSCOE
GADSDEN, AL 35902

LEHMAN RUDOLPH (DECEASED)
ANNISTON, ANNISTON, AL 36201

MARY REESE RUDOLPH
CHATTANOOGA, TN 37411

LENORA SAFFORD
ANNISTON, AL 36207

ALFONSO T. SANFORD
CHATTANOOGA, TN 23323

BESSIE DIANNE SAFFORD
ANNISTON, AL 36201

JAMES SAFFORD
ANNISTON, AL 36201

JASMINE SAFFORD
ANNISTON, AL 36201

JOHN SAFFORD
ANNISTON, AL 36201

LAKEYTRA SAFFORD
ANNISTON, AL

LATOYA SAFFORD
ANNISTON, AL 36201

MARQUES SAFFORD
ANNISTON, AL 36201

MARY VIRGINIA SAFFORD
ANNISTON, AL 36201

MYTERRIUS SAFFORD
ANNISTON, AL 36201

RAY ANTHONY SAFFORD
ANNISTON, AL 36201

ROLAND EUGENE SAFFORD
ANNISTON, AL 36201

ROSIE NELL SAFFORD
ANNISTON, AL 36201

TERENCIO CHATMAN SAFFORD
ANNISTON, AL 36201

THOMAS SAFFORD
ANNISTON, AL 36201

TRENTON LAMONT SAFFORD
ANNISTON, AL 36201

TYSEL SAFFORD
ANNISTON, AL 36201

WANDA FAYE SAFFORD
ANNISTON, AL 36201

WYNETTA SAFFORD
ANNISTON, AL 36201

BRENTON M. SANFORD
CHESAPEAKE, VA 23323

VARIA SAMUELS
JACKSONVILLE, AL 36265

TRAMIA D. SANFORD
CHESAPEAKE, VA 23323

FREDERICK D. SCOTT
GADSDEN, AL 35901

STEPHEN D. SCOTT
GADSDEN, AL 35901

ALICE SIGLER
ANNISTON, AL 36201

CALVIN SIGLER
ANNISTON, AL 36201

JAMES SIGLER
ANNISTON, AL 36201

SAMMY SIGLER
ANNISTON, AL 36201

ERICA SIMS
ANNISTON, AL 36201

STANLEY SIMS
ANNISTON, AL 36201

VIRGINIA SIMS
ANNISTON, AL 36201

ANDREW SMITH
ANNISTON, AL 36201

ASHLEY SMITH
ANNISTON, AL 36201

BILLY E. SMITH
ANNISTON, AL 36201

CHERYL L. SMITH
1912 LEIGHTON AVE.

DEBORAH D. SMITH
HONALULU, HAWAII 96816

ROMONA E. SANFORD
CHESPEAKE, VA 23323

CEDRICK A. SCOTT
GADSDEN, AL 35901

FREDERICK D. SCOTT, JR.
GADSDEN, AL 35901

CALVIN SIMS
ANNISTON, AL 36201

ANDRE SIGLER
ANNISTON, AL 36201

EARTHERLENE SIGLER
SANT ROBERT, MO 65583

MARYLAND SIGLER
ANNISTON, AL 36201

JOHNNIE MAE SIMS
APARTMENT 1E

ANDREA L. SMITH
ANNISTON, AL 36201

ANDREW SMITH, JR
MILWAUKEE, WI 53216

ANDREW R. SMITH
ANNISTON, AL 36201

MRS. BETTY A. SMITH
ANNISTON, AL 36201

BRIGETTE SMITH
ANNISTON, AL 36207

DANDREA E. SMITH
910 MCDANIEL AVE.

DEVIN SMITH
ANNISTON, AL 36201

12

JEREMIAH SMITH
ANNISTON, AL 36201

JONATHAN SMITH
ANNISTON, AL 36201

LARRY D. SMITH
ANNISTON, AL 36207

LILLIE SMITH
ANNISTON, AL 36201

MARY SMITH
ANNISTON, AL 36201

QUINTARRIUS D. SMITH
ANNISTON, AL 36201

ROBERT SMITH
ANNISTON, AL 36201

HORACE SNOWDEN
ANNISTON, AL 36201

ANTHONY SWAIN
HARLEM HEIGHTS, TX 76549

DEBORAH SWAIN
GAINESVILLE, GA 30501

JAMES K. SWAIN
HARLEM HEIGHTS, TX 78548

MELBA SWAIN
ANNISTON, AL 36201

ANNIE TARRANCE
ANNISTON, AL 36201

AHLENIA THOMAS
ANNISTON, AL 36201

BENJAMIN THOMAS
ANNISTON, AL 36201

DELORIS THOMAS
ANNISTON, AL 36201

DESMOND E. THOMAS
ANNISTON, AL 36201

JEREMIAH SMITH, JR.
ANNISTON, AL 36201

KENDRICA SMITH
HONALULU, HAWAII 86818

JOEL SMITH
ANNISTON, AL 36201

NATHANIEL M. SMITH
ANNISTON, AL 36201

RAY A. SMITH
ANNISTON, AL 36201

RAY A. SMITH
ANNISTON, AL 36201

ASLEE SNEAD
SAGINAW, MI 48601

HELEN SUMLIN
ANNISTON, AL 36201

DANIELLE SWAIN
GAINESVILLE, GA 30501

ELIZABETH SWAIN
GAINESVILLE, GA 30501

JANET RENAE SWAIN
GAINESVILLE, GA 30501

DEBORAH H. SWAIN
GAINESVILLE, GA 30501

MELVIN L. TARRANCE
ANNISTON, AL 36201

DECARDO THOMAS
ANNISTON, AL 36201

ESSIE THOMAS
ANNISTON, AL 36201

DEREK THOMAS
ANNISTON, AL 36201

HEKLIN THOMAS
ANNISTON, AL 36201

13

JIMMY THOMAS
ANNISTON, AL 36201

LINDA THOMAS
ANNISTON, AL 36201

SHAREKA THOMAS
ANNISTON, AL 36201

SHAWANA THOMAS
ANNISTON, AL 36201

TRENTON THOMAS
CLARKSVILLE, TN 37043

VICKI L. THOMAS
ANNISTON, AL 36201

WILLIE L. THOMAS
ANNISTON, AL 36201

BRONYA TIGNOR
ANNISTON, AL 36201

MELANIE TIGNOR
ANNISTON, AL 36201

STARLETTE TIGNOR
ANNISTON, AL 36201

SABRINA TRAMMELL
OXFORD, AL 36

DELNICKE M. TURNER
ANNISTON, AL 36201

MATTIE L. TURNER
ANNISTON, AL 36201

WILLIE F. TURNER
ANNISTON, AL 36201

WILLIE JANE TURNER
ANNISTON, AL 36201

WILLIE MAE TURNER
ANNISTON, AL 36201

PRISCILLA TWYMON
ANNISTON, AL 3620

SIMS VAN
ANNISTON, AL 36202

CHARLENE WALKER
CANTON, OHIO 44704

VIRGINIA WESSEH
CLEVELAND, OHIO 44102

SHIRLEY WATTS
ANNISTON, AL 36201

BOBBY L. WALKER
ANNISTON, AL 36201

ALICE M. WHATLEY
ANNISTON, AL 36201

JERRY WHATLEY
ANNISTON, AL 36201

NANCY L. WHATLEY
ANNISTON, AL 36201

SANDRA G. WHATLEY
ANNISTON, AL 36201

HELEN J. WILLIAMS
ANNISTON, AL 36201

KATTIE A. WILLIAMS
ANNISTON, AL 36201

LUVENRIA WILLIAMS
NILES, MICHIGAN 49120

KENNETH B. WISE
GAINESVILLE, GA 30507

MARY E. B. WILLIAMS
ANNISTON, AL 36201

ROEMIL J. WILLIAMS
ANNISTON, AL 36201

14

WILLIAM E. WILSON
SAN PEDRO, CA 90732

WILLIE D. WILSON
ANNISTON, AL 36201

KENNETH B. WISE, JR.
GAINESVILLE, GA 30501

PAMELA S. MARTIN WISE
GAINESVILLE, GA 30501

ALICIA M. WYNN
OXFORD, AL 36203

ARIELLE N. WYNNE
OXFORD, AL 36203

KATRINA F. YOUNG
ANNISTON, AL 36201

15

Adams, Jennie S.
Adams, Jr., Otis J.
Allen, Bessie
Allen, Beverly
Allen, Diane
Allen, Sandra
Almon, Charlie
Almon, Elsie
Atkins, Paula N.
Bailey, George R.
Bailey, Lugertha
Baker, Johnnie L.
Baker, Presena J.
Barnett, Elizabeth D.
Barnett, Gary W.
Barnett, Lonnie L.
Barnett-Lackey, Amie L.
Barnett-Lackey, Annie
Barnette, Roy G.
Barnette, Roy S.
Barnette, Shannon
Baylor, Shirley M.
Beard, Jean
Beard, Roderick
Beavers, Estella
Benson, Derecka L.
Benson, Derrick L.
Benson, Shelia Y.
Bethune, Cora P.
Bolton, Geneva
Boozer, Mary S.
Bowie, Jr., Barry B.
Bowie, Rosemary
Boyd, Darren Q.
Boykin, Andre D.
Boykin, Marcus
Boykin, Priscilla
Brown, Delores
Brown, Joanne N.
Brown, Lovell
Buggs, Mary C.
Bullock, Lolita A.
Burnett, Terryod

Burt, Francine L.
Burt, Janice D.
Burt, La Tonya S.
Burton, Allene
Burton, Chandra
Burton, Gloria J.
Burton, Odies
Burton, Timmy
Bush, Alvin
Bush, Anthony
Bush, Velma
Butterworth, Bobbie
Byrd, Catherine R.
Calloway, Billy
Calloway, Julia
Carlisle, Jr., Dewey
Carmon, Norma J.
Carr, Jr., Jeffie L.
Carr-Smith, Jovita L.
Carter, Brenda
Carter, Debra
Carter, III, John
Carter, Lazarus
Carter, Margaret
Carter, Maxine
Carter, Melissa
Carter, Robert L.
Carter, Samuel
Carter, Sharon
Carter, Tangelia
Carter, Timothy B.
Carter, Willie H.
Cauer, Billie G.
Childs, Demetrious A.
Christian, Phronia M.
Clay, Donnell
Clayton, Darriel P.
Clegg, Helen
Clency, Claudette W.
Coarn, Carol W.
Cochran, Helen L.
Coleman, Michelle E.
Corbett, Flora

Couch, Princie T.
Crook, Carolyn L.
Cummings, Marie
Cunningham, Andra
Cunningham, Candace
Cunningham, Daryl D.
Cunningham, Johann D.
Cunningham, Kibbra
Cunningham, Sarah E.
Cunningham, Simonia D.
Cunningham, Sr. Clayton A
Curry, Denise
Davis, Cherry Lynn D.
Davis, Sr., Austin
Dennard, Judy
Denson, Charles
Denson, Inez
Deranne, Mary E.
Dorman, Cedric R.
Dorman, Phronia
Douthit, Audra
Douthit, Roosevelt
Dreuitt, Fredderick J.
Dreuitt, Marion D.
Dreuitt, Mary L.
Dudley, Archie
Dukes, Carolyn
Dukes, Louise
Duncan, Sanquetta M.
Dunson, Administrator of
  the Estate of Ida F.
Dye, Carrie B.
Dye, J.C.
Dye, Jr., J.C.
Edwards, Charles
Edwards, Elizabeth S.
Edwards, Mary Ann
Edwards, Shelia
Elston, Alberta
Elston, Annie C.
Elston, Glenn M.
Elston, Harriett M.
Elston, Jr., John W.

**EXHIBIT "B"**

125

Elston, Sr., John W.
Elston, Kelly
Elston, Sharon
Elston, Shedric J.
Elston, Sr., Willie
Elston, Thomas M.
F, Gary D.
Ferrell, Angela
Foster, Lucinda
Gay, Rebecca
Gholston, Brenda W.
Gibbons, Dolly M.
Gilliam, Angela
Glover, James E.
Gooden, Alisa A.
Gooden, Jr., Benny R.
Gooden, Shirley G.
Goodman, Brenda A.
Goodman, Ericka E.
Goodman, Tina J.
Goodson, Davina
Goodson, Maggie
Gordan, Claudia M.
Gordon, Parthelia
Grady, Leanora
Grant, Albertha
Grant, Brenda S.
Gregory, Persha N.
Griggs, Barbara B.
Groce, Corine
Groce, Druesilla
Groce, Administrator of
  the Estate of Emmett
Groce, Roosevelt
Groee, Mary F.
Hampton, Michael
Harleston, DeRay A.
Harleston, Sandra L.
Harris, Alice B.
Harris, Billy E.
Harris, David L.
Harris, Donald D.
Harris, Doris A.
Harris, Ernest L.
Harris, Pearlie D.

Harris, Tederro
Hawes, Adrieene
Hawes, Belinda
Hawes, Juanita
Hawes, Lesley
Hawes, Mary
Hawes, Shawn
Hawes, Wesley
Hawkins, Hollis
Heard, Howard
Heath, Cynthia R.
Hicks, Nannie
Hicks, Sonya
Hill, Don
Hill, Ronnie
Horris, Sylvester
Houston, Myrone O.
Houston-Young, Sonya
Howard, Odessa
Hughley, Annette R.
Hughley, Barbara A.
Hughley, Christopher D.
Hughley, Darrell D.
Hughley, Natasha J.
Hughley, Reginald F.
Hughley, Votray L.
Hughley, Yolanda L.
Jackson, Anthony
Jackson, David
Jackson, Della
Jackson, Eva J.
Jackson, Geneva
Jackson, Jr., Louis C.
Jackson, Larry
Jackson, Louise J.
Jackson, Ruth
Jackson, Teresa
Jackson, Terry
Jacobs, Betty J.
Jacobs, Christopher R.
Jacobs, Cynthia
James, Maggie W.
Jenkins, Gwendalyn C.
Jenkins, Gwenlolyn
Johnson, Agnes M.

Johnson, Alice
Johnson, Daisy L.
Johnson, Doris H.
Johnson, Eddie B.
Johnson, Ervin P.
Johnson, Frederick
Johnson, Jr., John
Johnson, Larry
Johnson, Merelie P.
Johnson, Reuben Q.
Johnson, Sr., John E.
Johnson, Thomas B.
Johnson, Willie J.
Jones, Aleshia S.
Jones, Joan
Kelly, Harold R.
Kelly, Ralphette L.
Kirkland, Terrie
Kirksey, Martina
Kirksey, Tyrome I.
Knight, Clement D.
Kohen, Isaac, Jr.
Kohen, Isaac, Sr.
Leonard, Chris D.
Leonard, Corene A.
Leonard, John E.
Leonard, Pamela
Leonard, Vera B.
Lewis, Eddie D.
Lindsey, Larry
Lloyd, Christopher A.
Long, Cassandra N.
Long, Dorothy
Long, Jerry R.
Long, Linda G.
Long, Melissa
Long, Melvin
Loving, Geraldine N.
Loving, Pasante
Lucas-Gray, Bonita
Lynch, Arthur F.
Lynch, Sr., Administrator of
  the Estate of Lamar
Lynch, Willie M.
Martin, Charles

Martin, Lollisa E.
Mason, Deneen E.
Maxberry, Carrie Y.
McCain, William E.
McClain, Claude
McClain, Ernest L.
McClellan, Tammie L.
McClellan, Thelma G.
McCord, Terry B.
McCord, Tony
McCord, William F.
McCrath, Quinlan A.
McCurdy, Danny W.
McCurdy, Jessica E.
McCurdy, Jessie
McCurdy, Jr., Jessie
McKelvey, Angela R.
McLain, Walter (Dan)
Meadows, Lois
Middleton, Winnie
Mignott, Annette R.
Milan, Jesse
Miles, Michael A.
Miles, Mitchell
Milton, Frank J.
Milton, Winnie M.
Minnifield, Emma C.,
    Administrator for the
    Estate of George Cooper
Montgomery, Andre L.
Montgomery, Angela
Montgomery, Jamad
Montgomery, Mark
Montgomery, Patricia
Moore, Arlene F.
Moore, Willie F.
Morris, Carolyn M.
Morris, Kareem J.
Morris, Thelma L.
Moss, Lanetta
Munford, Robert D.
Munford, Timothy E.
Nalls, Ralph, Sr.
Neville, Jacqueline
Nixon, Louise

Nixon, Willie J.
Noel, Alfred
Noel, Frankie M.
Noel, Jr., Ralph
Noel, Morris T.
Noel, Quintella R.
Noel, Sr., Ralph
Noel, Tammy L.
Norfleet, Debra
Norris, Anthony Q.
Norris, Earnest A.
Nunn, Christine
Oliver, Elnora
Palmore, Felicia A.
Palmore, Timothy L.
Parker, Anthony
Parks, Kevin T.
Parson, Rosetta D.
Pate, Dawn
Pate, Jerry L.
Pate, Robert L.
Peters, Mattie L.
Peters, Michael
Pointer, Bobbie J.
Pointer, Ernest
Pointer, Lorenza
Pointer, Vivian
Pointer, Willie C.
Pope, Channing B.
Pope, Krista
Pope, Sonja
Powell, Lola
Price, Cyretta A.
Price, Larry H.
Price, Willie N.
Pruitt, Gregory D.
Pruitt, Quintonie B.
Pruitt, Tre
Ramsey, Shareka T.
Reese, Marvin
Reese, Odessa, as Admin.
    for the Estates of Emma
    Fitten and Clinton Fitten,
    Sr.
Reid, Mary M.

Richardson, Angelique
Richmond, Anitra L.
Richmond, Edward
Richmond, Eric D.
Richmond, Keith L.
Richmond, Marsha L.
Richmond, Martha A.
Richmond, Valerie K.
Rimpsey, Essie S.
Rimpsey, Freddy V.
Rimpsey, Jr., Freddy V.
Rimpsey, Sharon
Roberts, Jerry L.
Robinson, Barbara
Robinson, Derric
Robinson, Donrico T.
Robinson, Elizabeth
Robinson, Latoya C.
Robinson, Ronald
Rogers, Kimberly T.
Rogers, Lorraine A.
Rogers, Teresa J.
Rowe, Monica D.
Rudolph, Alma B.
Rush, Cynthia
Rush, Eva M.
Rush, Fannie
Rush, Jacqueline
Rush, Janice M.
Rush, Jr., Archie
Rush, Kendall
Russell, Jerry W.
Russell, Michael
Russell, Michele
Russell, Ola M.
Sabree, Aisha J.
Sabree, Jerome
Saffold, Emma
Saffold, Rosie
Safford, Wanda F.
Sankey, Joanie N.
Satcher, Rosie E.
Scales, LaVern
Scales, LaVerna
Scales, Michael E.

Sims, Johnnie M.
Sims, Romel
Sims, SeCreata E.
Sims, Tomarcus
Sims, Van
Smith, Andrew R.
Smith, Andrew
Smith, Carrie Dell
Smith, Deborah
Smith, Donald
Smith, Dondra E.
Smith, Gwendolyn M.
Smith, Jovita
Smith, Lee A.
Smith, Lillie A.
Smith, Mary I.
Smith, Millie
Smith, Pamela
Smith, Ray A.
Smith, Sr., Gerald
Solomon, Frazier
Spears, Joyce G.
Speights, Cora D.
Sterling, Diane
Sterling, Earnest E.
Sterling, Fredrick N.
Sterling, Ilene
Sterling, John H.
Sterling, LaBrent E.
Sterling, Melvin
Sterling, Stephen
Stevens, Billy
Stevens, Shurbie
Stokes, Jr., Billy
Tameca, Stevens
Tarrance, Brandy C.
Tarrance, Elmyra
Tarrance, Tiffany N.
Taylor, Brenda D.
Thomas, Chester C.
Thomas, Delois E.
Thomas, Deloris
Thomas, Essie M.
Thomas, Jimmy T.
Thomas, Jr., Otis

Thomas, Linda F.
Thomas, Parhenia
Thomas, Trenton D.
Thomas, Willie L.
Tolan, Edith
Turner, Alma
Turner, Barbara J.
Turner, Burnese S.
Turner, James A.
Turner, Joyce
Turner, Joyce F.
Turner, Simoviar P.
Turner, Sr., Freddie L.
Turner, Tracy
Vincent, Santina
Walker, Bessie D.
Walker, Earnest
Walker, Fredrick L.
Walker, Fredricka L.
Walker, Henry L.
Walker, Jr., Ernest
Walker, Sr., Jerome
Ward, Peter
Ware, Bobby L.
Ware, Cheryl D.
Ware, Clark E.
Ware, Titus J.
Warren, Kimeia V.
Warren, Lorna R.
Warren, Toriano C.
Washington, Fern
Watson, Medella N.
Welch, Mae H.
Wesley, TaWanna L.
Whatley, Marilyn J.
Whatley, Samual L.
Whatley, Sr., Charles D.
White, Barbara A.
White, Sr., Phillip L.
Wilcox, Pamela R.
Williams, Denise C.
Williams, James
Williams, Melissa Y.
Williams, Minnie O.
Williams, Stoney

Wills, Mary S.
Wills, Reginald
Wills, Roderick
Wilson, Alex J.
Wilson, Dale C.
Wilson, Gail
Wilson, Jr., Philip
Wilson, Larry G.
Wilson, Lottie
Wilson, Patrick L.
Wilson, Roberta
Wilson, Viola E.
Wilson, William L.
Wilson, William E.
Wood, Annie B.
Wright, Alfonza W.
Wright, Lorenzo L.
Wright, Mary E.
Wright, Vonneetta
Young, Bobby E.
Young, Dania L.
Young, Ella L.
Young, Jr., Morris
Young, Jr., Allen B.
Young, Rachel
Young, Raymand K.
Young, Sr., Morris W.
Young, Stanley
Young, Susie
Young, Telita L.
Zachary, Homer L.
Zachary, Kimberly
Zech, Brenda B.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER OWENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. CV-96-C-0440-W |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record with the

foregoing Motion to Amend Complaint of Plaintiffs/Intervenors by depositing a copy of the same

in the United States mail, postage prepaid and properly addressed as follows:

Warren Lightfoot, Esq.
LIGHTFOOT, FRANKLIN & WHITE
300 Financial Center
505 North 20th Street
Birmingham, AL 35203

D. Frank Davis, Esq.
Gerald P. Gillespy, Esq.
BURR & FOREMAN
420 North 20th Street
Birmingham, AL 35203

This the 5th day of January, 1998.

RALPH I. KNOWLES, JR.