# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

WALTER OWENS, et al.    )
        Plaintiffs,    )
vs.    )    CV 96-J-0440-E
            )
MONSANTO COMPANY,    )
        Defendant.    )
            )

## ORDER

Upon review of plaintiffs' motion for disbursement of funds (doc. 293), it is hereby ORDERED that:

The Clerk is authorized and directed to draw a check (or checks) on the funds on deposit in the Registry of the Court in the principal amount of One million three hundred fifty-seven thousand four hundred thirty dollars and eighty cents ($1,357,430.80) plus all interest earned for a total amount of __$1,457,429.12__, less Administrative Assessment Fee of __$9,999.83__ for a total amount of __$1,447,429.29__, payable to Doffermyre Shields Canfield Knowles & Devine, LLC, for the Walter Owens Plaintiffs, and mail or deliver the check (or checks) to Ralph I. Knowles, Doffermyre Shields Canfield Knowles & Devine, LLC, 1355 Peachtree Street NE, Suite 1600, Atlanta, GA 30309. Tax ID number is 58-1870813.

**DONE** and **ORDERED** this 28th day of February 2008.

                                              */s/ Inge Prytz Johnson*
                                              INGE PRYTZ JOHNSON
                                              U.S. DISTRICT JUDGE