IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WALTER OWENS, et al.,

    PLAINTIFFS,

vs.                                                  CASE NO. CV 96-J-440-E

MONSANTO COMPANY,

    DEFENDANT.

## ORDER

Defendant having filed a motion to consolidate *Palmore, et al. v. Monsanto Co., et al.*, Civil Action No. 2:13-cv-777-JEO with the above styled action, and having considered said motion, the court notes that the above styled action has been closed for more than a decade.[1]

It is therefore **ORDERED** by the court that said motion be and hereby is **DENIED**.

**DONE** and **ORDERED** this the 8th day of May, 2013.

                                                INGE PRYTZ JOHNSON
                                                SENIOR U.S. DISTRICT JUDGE

---

[1] The court also notes that the final judgment challenged as void pursuant to Rule 60(b)(4), Fed.R.Civ.P., by the *Palmore* plaintiffs was entered more than nine years ago and thereafter affirmed by the Eleventh Circuit Court of Appeals.